UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"

WORLD FUEL SERVICES EUROPE, LTD.
d/b/a World Fuel Services,

    Plaintiff,

vs.

HERMES MARITIME CO. LTD,

    Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff WORLD FUEL SERVICES EUROPE, LTD. d/b/a World Fuel Services ("WFS") by and through undersigned counsel to hereby file its complaint against Defendant Hermes Maritime Co. Ltd ("Buyer") as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is an admiralty and maritime action within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Court has jurisdiction pursuant to 28 U.S.C. §1333.

2. Plaintiff WORLD FUEL SERVICES EUROPE, LTD. is a company organized under the laws of the United Kingdom with an address at 8th Fl. 62 Buckingham Gate, London SWIE 6AJ UK and a registered address of The Broadgate Tower, 20 Primrose Street, London EC2A 2RS UK.

3. Plaintiff is part of the World Fuel Services Marine Group of companies and is an indirect and wholly owned subsidiary of World Fuel Services Corporation which is a Florida corporation traded publicly on the New York Stock Exchange under the

ticker symbol "INT" (hereinafter referred to as "World Fuel Services" or "WFS"), based in this District at 9800 N.W. 41st Street, Suite 400, Miami, Florida 33178.

4. Plaintiff sells and supplies fuel oil and lubricants to ocean going cargo vessels and tankers.

5. Defendant Buyer, Hermes Maritime Co. Ltd, is a Maltese entity with a registered address of Malta 10, Timber Wharf Marsa Mrs 1443 and a principal place of business in Greece at J. Laliotis Building 8, Possidonos Avenue, KALLITHEA 176 74, Greece.

6. On or about December 24, 2019, the Plaintiff and the Defendant, acting with the express authorization and through Defendant's express and apparent purchasing agent, entered into a purchase and sale contract for the delivery of fuel to the Motor Tanker "SEA HERMES" bearing IMO Number: 9279733 (the "Vessel").  A true and correct copy of this initial confirmation is attached hereto as Exhibit "A".

7. On or about December 30, 2019, pursuant to the Defendant Buyer's requests (Exhibit "B"), the Plaintiff issued a revised Confirmation for the purchase and sale contract.  A true and correct copy of this revised confirmation is attached hereto as Exhibit "C".

8. The Purchase and Sale Contract incorporated "The World Fuel Services Marine Group of Companies General Terms and Conditions dated May 1, 2016." A true and correct copy of the General Terms and Conditions dated May 1, 2016 is attached hereto as Exhibit "D".

9. As such, under section 10 of Exhibit "D", the Defendant is subject to the Court's personal jurisdiction under Fla. Stat. § 48.193(9).

10. Venue likewise under Section 10 of Exhibit "D" lies in the Southern District of Florida.

11. As such, this Court is the proper venue and the Court has subject matter jurisdiction over the issues and personal jurisdiction over the parties.

## GENERAL ALLEGATIONS OF FACT

12. Following from the revised confirmation, the Plaintiff caused its physical supplier, UNITED BUNKERS BVBA, to deliver on January 1 and 2, 2020, the very-low sulphur fuel oil ("VLSFO") and marine gas oil ("MGO") ordered by the Defendant to the Vessel in the Port of Rotterdam, Netherlands. A true and correct copy of the Bunker Delivery Note(s) are attached hereto as Exhibit "E".

13. Plaintiff has paid its physical supplier UNITED BUNKERS BVBA for the delivery of the bunkers. A true and correct copy of payment is attached hereto as Exhibit "F".

14. Payment for the bunkers delivered by the Plaintiff to the Defendant as per the purchase and sale agreement was due on February 1, 2020.

15. Defendant has failed to pay the amounts due.[1]

16. Having not been paid for any of the fuel and gas oil supplied to the Vessel on the orders of the Defendant, WFS sent final notice to the Defendant to pay the amounts owed on March 20, 2020. A true and correct copy of this letter is attached hereto as Exhibit "G".

---

[1] It should be noted that the Defendant claimed a quality issue with the bunkers; notwithstanding the fact that the parties tested the contractually binding samples and the product was not found to be defective, even if a quality dispute existed, the Terms and Conditions of the purchase and sale contract required the Buyer to pay the amounts due and then contest quality, or the Defendant would otherwise waive any quality dispute; the Defendant has had the opportunity to do so on numerous occasions and has failed to comply with the terms and conditions of the purchase and sale contract by failing to make payment due, thereby waiving any alleged quality dispute.

17. WFS then filed an action for a conservatory arrest of the Vessel "SEA HERMES" in Togo, a procedural measure alleging a maritime claim whereby an order of attachment was granted in the port of Lomé (Togo) by the President of the Tribunal de Commerce de Lomé on March 25, 2020.

18. The vessel was provisionally attached on or about April 7, 2020, triggering a procedural mechanism that required the filing of this lawsuit in the United States District Court for the Southern District of Florida.

19. A Letter of Undertaking was posted by the Defendant's P&I Club for the matter.

20. The Vessel was released from its attachment and in accordance with Togo law on conservatory arrests, this action is being instituted as a result.

## COUNT I – BREACH OF MARITIME CONTRACT
## BY WORLD FUEL SERVICES EUROPE, LTD

21. Plaintiff hereby incorporates and therefore re-alleges Paragraphs 1-20 of this Complaint as if fully set forth herein.

22. Upon a revised confirmation order dated on December 30, 2019, the Vessel "SEA HERMES" was provided, on January 1-2, 2020, at the port of Rotterdam, Netherlands, with 296.6390 MT of MGO / DMA Max 0.1%S(10) at USD 606 per metric ton as well as 764.88 MT of VLSFO / ISO 8217: 2010 RMG380 Max 0.5% at USD 584 per metric ton. *See* Exhibit "C" – Revised Confirmation and Exhibit "E" – Bunker Delivery Note.

23. An invoice bearing number 246533-32501 was issued by WFS to the contractual debtors, the Vessel "SEA HERMES" and/or her owners/operators, including the defendant Buyer, Hermes Maritime Co. Ltd. for an amount of USD 626,453.15. A true and correct copy of the Invoice is attached hereto as Exhibit "H".

24. The invoice was due February 1, 2020, and to date, remains unpaid.

25. The Defendant raised a quality dispute.

26. The parties tested the contractually binding samples and the results found the quality of the bunkers provided were on specification and not defective.

27. Nevertheless, the clear terms and conditions of the agreement entered into by the parties specifically foresees and sets forth the parameters and protocol that parties must follow in the event of a quality dispute.

28. Specifically, Section 7(b) of the Terms and Conditions (Exhibit "D" hereto) reads:

    Notwithstanding any disputes regarding quality, quantity or other matter, Buyer must initially pay the full amount due, and any disputes shall be resolved between Buyer and Seller after such payment has been made. Failure by Buyer to pay the full amount when due shall constitute a waiver of any claims by Buyer.

29. Defendant Buyer has failed to comply with the terms and conditions of the agreement, despite repeated warnings and references to the terms, and despite being provided an opportunity to comply.

30. As of May 6, 2020, for this delivery, Defendant owes $696,907.68, made up of $626,453.15 in principal, $39,131.87 in interest, and $31,322.66 in contractual fees, interest and fees which continue to accrue daily. A true and correct copy of the Statement of Account as of May 6, 2020 is attached hereto as Exhibit "I".

WHEREFORE, in accordance with the contract at issue, Plaintiff respectfully requests the Court to enter Final Judgment in Plaintiff's favor against the Defendant for Plaintiff's damages, in the amount of $696,907.68 as of May 6, 2020, for which additional interest, contractual fees, attorneys' fees, and costs continue to accrue.

|  |  |
|---|---|
| Dated: May 6, 2020 | Respectfully submitted,<br>**WAGNER LEGAL**<br>Attorney for Plaintiff<br>3050 Biscayne Blvd., #904<br>Miami, FL 33137<br>Telephone: (305) 768-9247<br>Facsimile: (305) 306-8598<br>By: **/s/ Scott A. Wagner**<br>Scott Wagner, Esq.<br>Florida Bar No. 10244 |